# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY FORD,<br><br>                      Plaintiff,<br><br>v.<br><br>ISAGENIX INTERNATIONAL LLC,<br><br>                      Defendant. | Case No.: 24-cv-2334-RSH-VET<br><br>**ORDER GRANTING REQUEST FOR ORDER OF DISMISSAL**<br><br>[ECF Nos. 25, 27] |

Before the Court is the Parties' "Stipulation of Dismissal." ECF Nos. 25, 27. The stipulation satisfies the requirements of Rule 41(a)(1)(A)(i) and is effective on filing. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**. Each Party is to bear its own fees and costs. The Clerk of Court is directed to close the case. Plaintiff's Motion for a Temporary Restraining Order [ECF No. 2] is **DENIED** as moot.

    **IT IS SO ORDERED.**

    Dated: January 28, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge